IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 419-219 |
| | ) | |
| DR. ROBERT BROWN; CMB PARTNERS, | ) | |
| LLC; and ELAINE MORGAN, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

The Court directed the parties to submit, following their Rule 26(f) conference, a report "conform[ing] to the language and format of the Form Rule 26(f) Report for use in Judge Baker cases." (Doc. no. 3.) The 26(f) Report filed by the parties does not meet this requirement. (See doc. no. 16.) The parties are **DIRECTED** to resubmit their Report using the proper form and providing all requested information within seven days of this Order. A copy of Judge Baker's required form can be located on the Court's website www.gasd.uscourts.gov under "Forms."

SO ORDERED this 7th day of January, 2020, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA